UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
AHLAND DIVISION

IN RE:

| | |
|---|---|
| SAMUEL G. WILSON AND | Chapter 13 |
| LIZA F. WILSON | Case No. 05-10032 |

DEBTORS

| | |
|---|---|
| BEVERLY BURDEN, TRUSTEE | PLAINTIFF |
| For the Bankruptcy Estate of Samuel G. Wilson | |
| and Liza F. Wilson | |
| V. | Adv. No. 05- |
| THE CIT GROUP/CONSUMER | |
| FINANCE, INC., AND SELECT | |
| PORTFOLIO SERVICING, INC. | DEFENDANTS |

COMPLAINT WITH ATTACHED EXHIBITS

Comes the Trustee, Beverly Burden, by counsel, and for her complaint respectfully alleges as follows:

JURISDICTION AND VENUE

1. This is an adversary proceeding brought pursuant to FRBP Rule 7001 of Title 11 of the United States Code.

2. The jurisdiction of this case is based upon 28 U.S.C. 1334 in that it arises under Title 11 U.S.C..

3. This is a core proceeding under 28 U.S.C. 157.

4. Venue for this complaint is proper pursuant to 28 U.S.C. 1409.

5. This is an adversary complaint brought under 11 U.S.C. Sections 544, 550 and 551.

6. This proceeding is related to the bankruptcy case, In Re: Samuel G. Wilson and Liza F. Wilson; Case No.: 05-10032, presently pending in the United States Bankruptcy Court for the Eastern District of Kentucky, Ashland, Kentucky.

## PARTIES

7. Plaintiff Beverly Burden is the duly appointed Chapter 13 Trustee for Samuel G. Wilson and Liza F. Wilson who filed their bankruptcy on January 17, 2005 in the Eastern District of Kentucky, Ashland, Kentucky.

8. Defendants The CIT Group/Consumer Finance, Inc. ("CIT") and Select Portfolio Servicing, Inc. ("Select") are the transferees of the subject transfer.

## FACTUAL ALLEGATIONS

9. The debtors own and have titled in their name real property located at 2721 County Road, Ashland, Kentucky.

10. The debtors financed a loan with defendants on the real property located at 2721 County Road, Ashland, Kentucky. (Exhibit 1).

11. The mortgage on the subject real property contained a defective acknowledgment in that it did not certify that the debtors appeared before the person taking the acknowledgment and acknowledged that they executed the instrument or that the debtors were known to the person taking the acknowledgment or that the person taking the acknowledgment had satisfactory evidence that the debtors were the people described in and who executed the mortgage. (Exhibit 1).

## COUNT I

12. Plaintiff incorporates all previous paragraphs.

13. Plaintiff as a hypothetical bona fide purchaser of real property from the debtors has superior title to the subject property than Defendants and any interest Defendants may have in the subject property is avoidable by plaintiff.

## COUNT II

14. Plaintiff incorporates all previous paragraphs.

15. Plaintiff as a hypothetical lien creditor of the debtors has superior title to the subject property than Defendants and any interest Defendants may have in the subject property is avoidable by plaintiff.

WHEREFORE, the Plaintiff prays the Court enter a judgment in favor of the Plaintiff against the Defendants as follows:

A. The Trustee's interest in the property described above is superior to all others and that any interest Defendants may have in the property described above is subordinate to the interest of the Plaintiff on behalf of the estate and that the claims of Defendants are unsecured.

B. That the unperfected lien of the Defendants be avoided and preserved for the benefit of the bankruptcy estate.

C. That this Court order the Defendants to remove their mortgage from the subject real property and file a release in the Boyd County Clerk's Office.

D. That Plaintiff recover her costs, expenses, fees and be granted any other relief which she is entitled at law and in equity.

Atkinson, Simms & Kermode PLLC
239 North Broadway
Lexington, Kentucky 40507
(859) 225-1745 Telephone
(859) 254-2012 FAX


By: /s/ J. D. Kermode
    J. D. KERMODE
    ATTORNEY FOR TRUSTEE

# EXHIBIT 1

# REAL ESTATE MORTGAGE

**The CIT Group / Consumer Finance, Inc.**

Name and Address of Mortgagor(s):
HUSBAND & WIFE
LIZA WILSON
SAMUEL G WILSON
2721 COUNTY RD
ASHLAND, KY 41102

Mortgagee:
THE CIT GROUP/CONSUMER FINANCE, INC.
9300 SHELBYVILLE ROAD
SUITE 607
LOUISVILLE, KY 40222

30012282

| Loan Number | Date 05/08/01 | Date Interest Begins 05/14/01 | Number of Payments 240 | Date Due Each Month 15th | Date First Payment Due 06/15/01 |
|---|---|---|---|---|---|
| Date Final Payment Due (Maturity Date) 05/15/21 | | Final Payment Equal In Any Case To Unpaid Principal and Interest | | Principal Balance 65,761.90 | |

The words "I," "me," and "my" refer to all Mortgagors indebted on the Note secured by this Mortgage. The words "you" and "your" refer to Mortgagee and Mortgagee's assignee if this Mortgage is assigned.

## MORTGAGE OF REAL ESTATE

To secure payment of a Note I signed today promising to pay you the Principal Balance as shown above together with interest at the rate set forth in the Note secured by this Mortgage, each of the persons signing this Mortgage, mortgages, sells and conveys to you the real estate described below, and all present and future improvements on the real estate (including, without limitation, all buildings thereon), which is located in Kentucky, County of BOYD _____.

SEE LEGAL DESCRIPTION ATTACHED (EXHIBIT A)
which has the address of 2721 COUNTY RD, ASHLAND, Kentucky 41102 (the "Property").

☐ (Check if applicable): This Mortgage is given to secure a loan taken for the purpose of erecting, improving or making a building on the Property.

**SEE PAGES 2, 3, AND 4 FOR ADDITIONAL IMPORTANT TERMS, WHICH TERMS ARE INCORPORATED HEREIN BY REFERENCE**

Initial(s) ▶ _____

**TERMS AND CONDITIONS:**

**PAYMENT OF OBLIGATIONS**
If I pay my Note according to its terms, this Mortgage will become null and void.

**TAXES - LIENS - INSURANCE - MAINTENANCE**
I will pay all taxes, liens, assessments, obligations, water rates and any other charges against the Property, whether superior or inferior to the lien of this Mortgage, and main hazard insurance on the Property in your favor in a form and amount satisfactory to you and maintain and keep the Property in good repair at all times during the term of this Mortgage. You may pay any such tax, lien, assessment, obligation, water rates, premium or other charge or purchase such insurance in your own name, if I fail to do so. The amount you pay will be due and payable to you on demand, will bear an interest charge at the interest rate set forth in the Note secured by this Mortgage if permitted by law or, if not, at the highest lawful interest rate, will be an additional lien on the Property and may be enforced and collected in the same manner as the other obligations secured by this Mortgage. The insurance carrier providing the insurance referred to above shall be chosen by me subject to your approval which shall not be unreasonably withheld. All insurance policies and renewals must be acceptable to you and must include a standard mortgage clause. You shall have the right to hold the policies and renewals. If you require, I shall promptly give to you all receipts of paid premiums and renewal notices. In the event of a loss, I shall give prompt notice to the insurance carrier and you. You may file a proof of loss if not made promptly by me. Insurance proceeds shall be applied to the restoration or repair of the Property damaged or, at your option, the insurance proceeds shall be applied to the sums secured by this Mortgage, whether or not then due, with any excess paid to me. If I abandon the Property, or do not answer within ten (10) days, a notice from you that the insurance carrier has offered to settle a claim, then you may collect the insurance proceeds. The ten (10) day period will begin when the notice is given.

**TITLE**
The Property was conveyed to me by a deed which is to be, or has been, recorded before this Mortgage, and I warrant the title to the Property. I further warrant that the lien created by this Mortgage is a valid and enforceable first lien, subordinate only to easements and restrictions of record on the date of this Mortgage, and that during the entire term of the indebtedness secured by this Mortgage, such lien will not become subordinate to anything else.

**CONDEMNATION**
The proceeds of any award or claim for damages, direct or consequential, in connection with any condemnation or other taking of any part of the Property, or for conveyance in lieu of condemnation, are hereby assigned and shall be paid to you and are subject to the lien of and secured by this Mortgage. In the event of a taking of the Property, the proceeds shall be applied to the sums secured by this Mortgage, whether or not then due, with any excess paid to me. If the Property is abandoned by me, or if, after notice by you to me that the condemnor offers to make an award or settle a claim for damages, I fail to respond to you within ten (10) days after the date the notice is given, you are authorized to collect and apply the proceeds, at your option, either to the restoration or repair of the Property, or to the sums secured by this Mortgage, whether or not then due.

SEE PAGES 1, 3, AND 4 FOR ADDITIONAL IMPORTANT TERMS,
WHICH TERMS ARE INCORPORATED HEREIN BY REFERENCE.

Page 2 of 4

**APPLICABLE LAW**
This Mortgage is made in accordance with, and will be governed by, the laws of the State of Kentucky and applicable Federal law.
**SEE ATTACHED RIDER TO MORTGAGE**
**SEE PAGES 1, 2, AND 3 FOR ADDITIONAL IMPORTANT TERMS, WHICH TERMS ARE INCORPORATED HEREIN BY REFERENCE**

IN WITNESS WHEREOF, the undersigned (has-have) signed this instrument on the date and year first above written.

_Samuel G. Wilson_ (Seal)
SAMUEL G WILSON

_Liza Wilson_ (Seal)
LIZA WILSON

STATE OF KENTUCKY
COUNTY OF BOYD } ss.

The foregoing instrument was acknowledged before me this 08 day of MAY, 2001.

My commission expires 11-30-02

Prepared by _Douglas Strayer_, Bourbon County, Kentucky

Douglas Strayer, PSC
Attorney at Law
4816 Bryan Station Road
Lexington, KY 40516-9500

Address _____

After recording mail to: Record & Return to
Douglas Strayer, PSC
Attorney at Law
4816 Bryan Station Road
Lexington, KY 40516-9500

Page 4 of 4